In the Matter of the Application of WILLIAM ELIZABETH WILKINS, ANGELO BARRICELLA, MICHAEL HOGAN, ANDREW CLYDE, WINIFRED LYNCH and ROSE

---

* Affd., 251 N. Y. —.

GALIETTA, Respondents, against WILLIAM E. WALSH, HENRY L. CONNELL, JAMES P. HOLLAND, JOHN GUILFOYLE and JOHN KENLON, Constituting the Board of Standards and Appeals of the City of New York, and RINK REALTY CORPORATION, Appellants.*— Order reversed upon the law and the facts, with ten dollars costs and disbursements, certiorari order dismissed and determination of the board of standards and appeals confirmed, without costs. We are of opinion that the facts shown were sufficient to uphold the findings of the board of standards and appeals. Lazansky, P. J., Young, Seeger and Carswell, JJ., concur; Hagarty, J., dissents.